IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

EARLE HUNTER ROWLAND, IV,

    Plaintiff,

v.

    CIVIL ACTION NO.: CV214-062

STEVE JESUP, Sheriff;
J. R. O'ROURKE, Sgt.; and,
Officer HOWARD,

    Defendants.

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims against Sheriff Steve Jesup are **DISMISSED**.

**SO ORDERED**, this ___ day of __July__, 2014.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA