IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

EARLE HUNTER ROWLAND, IV,

    Plaintiff,

v.

Sgt. J. R. O'ROURKE and
Officer DILLON HOWARD,

    Defendants.

CIVIL ACTION NO.: CV214-062

## ORDER

Plaintiff, an inmate formerly incarcerated at Johnson State Prison in Wrightsville, Georgia, filed the captioned action seeking damages as a result of alleged violations of constitutionally protected civil rights. In this Court's Order dated May 22, 2014, Plaintiff was advised that he "... shall immediately inform this Court of any change of address. Failure to do so will result in dismissal of this case, without prejudice."

On September 8, 2014, the Clerk's office forwarded a copy of an Order to Plaintiff at Johnson State Prison, the only address provided by Plaintiff. That Order was returned by the United States Postal Service, with the notation "RETURN TO SENDER" - "Released". As Plaintiff has not advised the Court of a change in his address, in violation of this Court's May 22, 2014, Order this action is **DISMISSED**, without prejudice, for want of prosecution, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. Link v. Wabash Railroad Company, 370 U.S. 626 (1962).

SO ORDERED, this 23 day of September, 2014.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)